# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson,** | Case No.: 2:14-cv-01497-MCE-AC |
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER ON REQUEST FOR CONTINUANCE OF DEBTOR EXAMINATION |
| **John D. Warren, et al.,** | |
| Defendants. | Date: 4/29/20<br>Time: 10:00 am<br>Courtroom: 26 |

## ORDER

Having read the foregoing request, and good cause appearing, it is hereby ORDERED that the Debtor Examination RE: Enforcement of Judgment of John D. Warren is continued from 1/15/20 to 4/29/20 at 10:00 am in Courtroom 26, 501 "I" Street, Sacramento, CA 95814.

IT IS SO ORDERED.

DATED: January 13, 2020

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE