UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson,**<br><br>       Plaintiff,<br><br>   v.<br><br>**John D Warren,** et al,<br><br>       Defendants. | Case: 2:14-cv-01497-MCE-AC<br><br>**[~~PROPOSED~~] ORDER ON REQUEST TO VACATE DEBTOR EXAM** |

### ORDER

Having read the foregoing Request and good cause appearing therefore, it is hereby ordered that the Judgment Debtor Exam for John D Warren scheduled for 8/12/20 is vacated.

IT IS SO ORDERED.

Dated: July 22, 2020

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

(Proposed) Order on Request to Vacate Exam